**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BRYAN DRYDEN, | Case No. 3:25-cv-00463-ART-CLB |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF ELECTRONICALLY STORED CAMERA FOOTAGE** |
| v. | |
| TATE, | [ECF No. 11] |
| Defendant. | |

Before the Court is Plaintiff Bryan Dryden's ("Dryden") motion to compel production of electronically stored camera footage. (ECF No. 11.) This motion is denied as premature because discovery has not yet opened.

In this case, Defendant Tate ("Tate") has not yet answered or appeared, and no discovery plan and scheduling order has been entered. Accordingly, discovery has not yet opened, and the Court cannot compel discovery at this juncture. Upon Tate filing an answer or otherwise appearing in this case, the Court will enter a discovery plan and scheduling order initiating the discovery process, at which time, Dryden may submit his discovery requests directly to Tate.

**IT THEREFORE ORDERED** that Dryden's motion to compel the production of electronically stored camera footage, (ECF No. 11) is **DENIED as premature**.

**DATED**: June 8, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**