**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BRYAN DRYDEN,<br><br>Plaintiff,<br><br>v.<br><br>TATE, *et al.*,<br><br>Defendants. | Case No. 3:25-CV-00463-ART-CLB<br><br>**ORDER STRIKING PLAINTIFF'S NOTICES**<br><br>[ECF Nos. 19, 20] |

Before the Court are two notices filed by Plaintiff Bryan Dryden ("Dryden") purporting to assert various rights. (ECF Nos. 19, 20.) This Court's General Order No. 2021-05 specifically states litigants "must **not** file 'notices' or 'letters' with the Court unless it is to notify the Court of procedural changes such as changes of address or notices of a change in counsel." Neither of Dryden's notices relate to procedural changes and are therefore improperly filed. Accordingly, the Court **STRIKES** both notices, (ECF Nos. 19, 20), from the docket. The Court reminds Dryden that all parties, including parties proceeding *pro se*, are required to comply with Court orders, and failure to do so may result in sanctions.

**IT IS SO ORDERED**.

**DATED**: July 23, 2026.

UNITED STATES MAGISTRATE JUDGE