**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

BRYAN DRYDEN,

Plaintiff,

v.

TATE, *et al.*,

Defendants.

Case No. 3:25-CV-00463-ART-CLB

**ORDER DENYING PLAINTIFF'S MOTIONS REGARDING APPEAL**

[ECF No. 22, 34]

Currently pending before the Court are two motions filed by Plaintiff Bryan Dryden ("Dryden"): (1) motion for stay and abeyance pending his appeal to the Ninth Circuit Court of Appeals, (ECF No. 22), and (2) motion for transcripts to be forwarded to the Ninth Circuit. (ECF No. 34.) Both motions specifically seek the respective relief pending the Ninth Circuit's decision on his appeal, (ECF No. 23). (ECF Nos. 22, 34.) On August 24, 2026, the Ninth Circuit entered an order dismissing Dryden's appeals for lack of jurisdiction. (ECF Nos. 32, 33.) Consequently, Dryden's motion for stay and abeyance, (ECF No. 22), and motion for transcripts, (ECF No. 34), are both **DENIED** as moot.

**IT IS SO ORDERED**.

**DATED**: August 31, 2026.

**UNITED STATES MAGISTRATE JUDGE**