**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

BRYAN DRYDEN,

Plaintiff,

v.

TATE, *et al.*,

Defendants.

Case No. 3:25-CV-00463-ART-CLB

**ORDER STRIKING PLAINTIFF'S REQUEST FOR PRODUCTION**

[ECF No. 37]

On September 2, 2026, Plaintiff Bryan Dryden filed a document on the docket titled "Request for Production Directed at Defendant Sergeant Tate." (ECF No. 37.)[1] However, discovery-related documents must be served on the affected party, not filed on the docket, unless ordered by the Court. Local Rule IC 1-1(c)(12), 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document and instructs the parties to refrain from filing discovery documents or notices relating to discovery on the docket in the future absent a Court order that they do so.

**IT IS SO ORDERED**.

**DATED**: September 4, 2026.

**UNITED STATES MAGISTRATE JUDGE**

[1] This document was erroneously titled as a "motion" on the docket. (ECF No. 37.)